UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stanley McClean,<br>  Individually and on behalf of all others similarly situated,<br><br>                                                    Plaintiff,<br>     -v-<br><br>Steadman Parking Services, LLC,<br>                                                    Defendant. | Civ. Action #: 12-CV-4049<br>(NGG)(SMG)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

**PLEASE TAKE NOTICE THAT**, Plaintiff Stanley McClean, by his undersigned counsel, hereby dismisses the above-entitled action without prejudice, pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1).

Dated: Queens Village, New York
       August 22, 2012

By: _____          _____
Abdul K. Hassan, Esq.                   Stanley McClean, Plaintiff
Counsel for Plaintiff McClean
215-28 Hillside Avenue
Queens Village, New York 11427
Tel: 718-740-1000


cc: Steadman Parking Services, LLC (Via Regular Mail on 8-24-2012)
    13921 Springfield Boulevard
    Springfield Gardens, NY 11413 – Tel: 718-712-5570

1